IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA A. HARRISON<br>Individually and on behalf of all<br>similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NUMBER: CV-11-289<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff Patricia Harrison and, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, hereby gives **NOTICE** of the voluntary dismissal, without prejudice, of all the claims asserted herein.

s/Kenneth J. Riemer
Kenneth J. Riemer (RIEMK8712)
Attorney for Plaintiff

UNDERWOOD & RIEMER, P.C.
166 Government Street, Suite 100
Mobile AL 36602
Phone:   251.432.9212
Fax:       251.433.7172
kjr@alaconsumerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record

s/Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
