IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICIA A. HARRISON,      *

                          *

    Plaintiff,      *  CIVIL ACTION NO. 11-00289-B

                          *

vs.                    *

                          *

PHH MORTGAGE CORPORATION,  *

                          *

    Defendant.      *

## ORDER

This action is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc. 10). Plaintiff desires to dismiss her claims against Defendant PHH Mortgage Corporation without prejudice. Fed. R. Civ. P. 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or by filing a stipulation of dismissal signed by all parties who have appeared. A review of the case file reflects that no answer or motion for summary judgment has been filed on behalf of Defendant PHH Mortgage Corporation. Accordingly, Plaintiff's claims against Defendant PHH Mortgage Corporation are dismissed without prejudice.

DONE this **11th** day of **August, 2011.**

                              /s/ SONJA F. BIVINS
                        **UNITED STATES MAGISTRATE JUDGE**